UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMIDULLAH,<br>    Detainee,<br>    United States Air Force Base at<br>    Bagram, Afghanistan, and<br><br>WAKEEL KHAN<br>    as Next Friend to HAMIDULLAH<br><br>    Petitioners,<br><br>v.<br><br>BARACK OBAMA<br>    President of the United States,<br><br>ROBERT M. GATES<br>    Secretary of Defense,<br><br>COL. JACK L. BRIGGS II<br>    Commander,<br><br>    and<br><br>JOHN AND/OR JANE DOES Nos. 1 - 5,<br>    Custodians,<br><br>    Respondents. | Civil Action No. 10-758 (JDB) |

## ORDER

Petitioner filed a writ of habeas corpus in this Court on May 10, 2010. It does not appear from the record that the petition has been served on any of the above captioned respondents. Accordingly, it is hereby

**ORDERED** that petitioner shall, by not later than October 28, 2010, file a status report with the Court either (1) providing proof that respondents have been served with the petition, or

(2) providing the Court with a written explanation as to why service of process has not been completed.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: October 21, 2010