**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAMIDULLAH, *et al.*,           ) | |
|                                 ) | |
|       Petitioners,              ) | |
|                                 ) | |
|    v.                           ) | Civil No. 10-758 (JDB) |
|                                 ) | |
| BARACK OBAMA, *et al.*,         ) | |
|                                 ) | |
|       Respondents.              ) | |
|                                 ) | |

**PETITIONERS' MOTION TO SUPPLEMENT OPPOSITION TO**
**RESPONDENTS' MOTION TO DISMISS**

Petitioners hereby move to supplement their opposition to the government's motion to dismiss [Dkt. No. 13, filed Jan. 17, 2011] with the attached Declaration of Daphne Eviatar, previously filed in *Zia-ur-Rahman* v. *Robert Gates, et al.*, No. 10-320 (EGS). The Eviatar Declaration provides, among other things, a first-hand account of Detainee Review Board (DRB) proceedings at Bagram. *See* Ex. 40, at ¶¶ 8-16. Ms. Eviatar's account is from February 3-13, 2011, which was after Petitioners filed their opposition to the motion to dismiss. Her Declaration is relevant to the arguments set forth in Petitioners' opposition memorandum at Part II(A)(3) and III(B)(3), which discuss the adequacy of the process afforded to Bagram detainees under the new DRB procedure.

For these reasons, Petitioners respectfully request that the Court accept the Eviatar Declaration into the record in this case as Exhibit 40 to Petitioners' opposition to the government's motion to dismiss.

In accordance with Local Rule 7(m), Petitioners' counsel sent a draft of this motion to Jean Lin, counsel for Respondents in this case. Ms. Lin authorized undersigned counsel to state that Respondents consent to the relief requested in this motion. She also

3206146.2

indicated that Respondents will move to file a supplemental brief in order to respond to the assertions made in the Declaration, and Petitioners will consent to that motion.

Dated: March 31, 2011

Respectfully submitted

ZUCKERMAN SPAEDER LLP

By: __/s/ *John J. Connolly*__
   William J. Murphy
   D.C. Bar No. 350371
   John J. Connolly
   jconnolly@zuckerman.com
   Bar No. MD09537
   (D.C. Bar No. 495388)

100 E. Pratt St., Suite 2440
Baltimore, Maryland 21202
Tel:  (410) 332-0444

Clive A. Stafford Smith*
Cori Crider*
Tara Murray
(D.C. Bar No. 983134)
*Reprieve*
P.O. Box 52742
London EC4P 4WS, England
Tel: +44 (0)20 7353 4640
Fax: +44 (0)20 7353 4641

* counsel previously admitted *pro hac vice* in various Guantánamo Bay cases

*Attorneys for Petitioners*