## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMIDULLAH, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil No. 10-758 (JDB) |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**PETITIONERS' RESPONSE TO RESPONDENTS'
NOTICE TO COURT REGARDING NEW STATUTE**

On January 13, 2012, the government filed a Notice informing the Court of § 1024 of the National Defense Authorization Act for Fiscal Year 2012 ("NDAA"), Pub. L. No. 112-81. Section 1024 provides that within 90 days of the enactment of the NDAA, the Secretary of Defense shall submit a report setting forth, among other things, "the procedures for determining the status of persons . . . who will be held in long-term detention under the law of war pursuant to the Authorization for Use of Military Force." NDAA § 1024(a)-(b). The government does not claim that any new procedures under the NDAA will apply to Petitioner, Gov't Notice [Dkt. No. 24] at 2, nor does it submit or request further briefing on that issue. Section 1024 therefore should be immaterial to the jurisdictional issues presented in the government's pending motion to dismiss.

The government's Notice states, however, that the government will "further notify the Court" to "the extent new procedures are determined to apply to Petitioner." *Id.* This is not a reasonable ground to delay decision on the pending motion to dismiss. Petitioner respectfully requests that the Court resolve the motion on the existing record and legal framework, without

2

awaiting further notice from the government on the outcome of its internal decision-making on new procedures under the NDAA.

Dated: February 6, 2012

                        Respectfully submitted,

| | |
|---|---|
| Clive A. Stafford Smith* | ZUCKERMAN SPAEDER LLP |
| Cori Crider* | |
| Tara Murray (DC 983134) | |
| *REPRIEVE* | By:    /s/ *John J. Connolly*            _ |
| P.O. Box 52742 |     William J. Murphy (DC No. 350371) |
| London EC45 4WS, England |     John J. Connolly (MD09537; DC 495388) |
| Tel: +44 (0)20 7353 4640 |     jconnolly@zuckerman.com |
| Fax: +44 (0)20 7353 4641 | |
| | 100 E. Pratt St., Suite 2440 |
| * counsel previously admitted *pro hac vice* in | Baltimore, MD 21202 |
|   Various Guantanamo Bay cases | Tel: (410) 332-0444 |
| | |
| *Attorneys for Petitioners* | *Attorneys for Petitioners* |