UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

HAMIDULLAH,
    Detainee,
    United States Air Force Base at
    Bagram, Afghanistan, and

WAKEEL KHAN
    as Next Friend to HAMIDULLAH

    Petitioners,

v.                                                          Civil Action No.  10-758 (JDB)

BARACK OBAMA
    President of the United States,

ROBERT M. GATES
    Secretary of Defense,

COL. JACK L. BRIGGS II
    Commander,

    and

JOHN AND/OR JANE DOES Nos. 1 - 5,
    Custodians,

    Respondents.

---

**ORDER**

    Upon consideration of [8] Hamidullah's amended petition for a writ of habeas corpus, [11] respondents' motion to dismiss the amended petition, the memorandum in support thereof and opposition thereto, the motions hearing held on July 16, 2012, and the entire record herein, and for the reasons explained in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motion to dismiss is **GRANTED** and the amended petition for habeas corpus is **DISMISSED**.

**SO ORDERED.**

/s/ John D. Bates<br>JOHN D. BATES<br>United States District Judge

Dated: October 19, 2012